IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

COMMONWEALTH OF KENTUCKY, *et al.*,

    *Plaintiffs-Appellees*,

v.

FEDERAL HIGHWAY ADMINISTRATION, *et al.*,

    *Defendants-Appellants*.

No. 24-5532

## MOTION TO POSTPONE ORAL ARGUMENT
## AND HOLD APPEAL IN ABEYANCE

Defendants-appellants Federal Highway Administration (FHWA) *et al.* respectfully move to postpone the oral argument currently scheduled for February 5, 2025 and to hold this appeal in abeyance.

**1.** The government's appeal concerns a final rule issued by FHWA in December 2023, *see* 88 Fed. Reg. 85,364 (Dec. 7, 2023), and which the district court in this case declared to be arbitrary and capricious. The rule established a performance measure for on-road tailpipe greenhouse-gas emissions on federally funded highways and instructed States to set declining targets for reducing those emissions. The rule states that it was undertaken in furtherance of "national policy objectives" set forth in Executive Order 13,990 (*Protecting Public Health and the Environment and Restoring Science to Tackle the Climate Crisis*)

and Executive Order 14,008 (*Tackling the Climate Crisis at Home and Abroad*). 88 Fed. Reg. at 85,371; *see also id.* at 85,374, 85,379, 85,380 (relying upon "national policy" or "principle[s]" as described in EOs 13990 and 14008).

**2.** Following a change in administration, on January 20, 2025, President Trump issued an Executive Order entitled *Initial Rescissions of Harmful Executive Orders and Actions*, 2025 WL 244198 (Jan. 20, 2025), revoking various executive actions of the previous administration. Among the orders revoked— and which thus no longer reflect national policy—are EOs 13990 and 14008.

**3.** In light of these developments, the government respectfully moves to postpone the February 5 oral argument and to hold this case in abeyance. The Department of Transportation (DOT) and FHWA are under new leadership, who require time to become familiar with the final rule and the issues presented by this litigation and to determine how they wish to proceed, in consultation with the Solicitor General if necessary. *See* 28 C.F.R. § 0.163 (addressing potential resolution of cases "in which the Solicitor General has authorized an appeal"). Postponement of oral argument will conserve judicial resources and promote the efficient and orderly disposition of this appeal, including by ensuring that any oral argument presented to this Court will reflect the views of current agency leadership. The government respectfully proposes to update the Court with a status report in no later than 60 days.

**4.** Yesterday evening, we informed principal counsel for plaintiffs-appellees Commonwealth of Kentucky *et al.* of the government's intention to file this motion. Plaintiffs-appellees have not yet determined their position but have asked us to indicate that they intend to file a response by no later than Tuesday, January 28.

## CONCLUSION

For the foregoing reasons, the government respectfully requests that the February 5 oral argument be postponed and that this appeal be held in abeyance pending further consideration by new agency leadership.

Respectfully submitted,

MICHAEL S. RAAB
 /s/ *Jeffrey E. Sandberg*
JEFFREY E. SANDBERG
(202) 532-4453
   Attorneys, Appellate Staff
   Civil Division
   U.S. Department of Justice
   950 Pennsylvania Ave. NW
   Room 7214
   Washington, DC 20530

*Counsel for Defendants-Appellants*

JANUARY 2025

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), it contains 446 words.

*/s/ Jeffrey E. Sandberg*
Jeffrey E. Sandberg
*Counsel for Defendants-Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2025, I electronically filed the foregoing motion with the Clerk of Court by using the appellate CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ Jeffrey E. Sandberg*
Jeffrey E. Sandberg
*Counsel for Defendants-Appellants*