# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

| | |
|---|---|
| COMMONWEALTH OF KENTUCKY, *et al.*, *Plaintiffs-Appellees*, v. FEDERAL HIGHWAY ADMINISTRATION, *et al.* *Defendants-Appellants.* | No. 24-5532 |

## Response in Opposition to Appellants' Motion to Postpone Oral Argument and Hold Appeal in Abeyance

The Plaintiff-Appellee States respectfully oppose the FHWA's motion to postpone the oral argument scheduled for February 5, 2025, and to hold this appeal in abeyance before oral argument.

1. As the FHWA acknowledges, the new presidential administration withdrew two executive orders that precipitated the challenged rule. *See* Mot. ¶¶ 1–2. But the new administration has yet to take any action with regard to the rule itself. Instead, the FHWA is currently taking stock of its options. *See* Mot. ¶ 3 ("The Department of Transportation (DOT) and FHWA are under new leadership, who require time to become familiar with the final rule and the issues presented by this litigation and to determine how they wish to proceed, in consultation with the Solicitor General if necessary.").

1

2. The FHWA does not suggest that the withdrawal of the two executive orders renders this case moot, and that "is for good reason." *Nat'l Ass'n of Mfrs. v. Dep't of Def.*, 583 U.S. 109, 120 n.5 (2018). So long as "the [challenged] Rule remains on the books," "the parties retain a concrete interest in the outcome of this litigation." *Id.* To be sure, the new leadership at the FHWA may well change its position. But FHWA's motion gives no indication as to when that may occur. Unless and until it does, the States have a substantial interest in continuing this appeal through oral argument.

3. Judicial economy also does not favor granting the motion. Oral argument is scheduled for one week from tomorrow. The parties have expended significant resources briefing this appeal and preparing for argument (not to mention litigating the case to final judgment in district court). And the Court and its clerks have likewise expended time and resources in advance of the scheduled argument. At best, cancelling oral argument would save the parties and Court from spending time and resources on this appeal over the next five business days. But after 14 months of litigation, the benefits of such an eleventh-hour stay would be negligible.

4. Proceeding with the argument, moreover, does not prevent the Court from conserving its resources as it sees fit. In fact, this course of action would give the Court more flexibility. After argument, the Court could wait to see what action FHWA takes with respect to the rule. If the FHWA ultimately changes its position, it can notify the Court after the case is submitted. If the appeal is mooted or voluntarily dismissed

at that point, the appeal can be dismissed just as easily as it could have before the case was submitted. But if the FHWA does not change its position in the near future, submitting the case gives the Court the option of issuing an opinion and resolving this appeal on the merits. A stay takes this option off the table.

5. The States appreciate that the FHWA's position cannot be changed on a dime. New leadership is entitled to take the time necessary to review the agency's pending business and make decisions about its priorities going forward. In many cases, such as where oral argument is not quickly approaching, the States would have readily consented to a stay. But at this late point in the litigation, the States maintain that it is best to let the case proceed to argument.

6. For these reasons, the States respectfully urge the Court to deny the FHWA's motion.

Respectfully submitted by,

| | |
|---|---|
| **RUSSELL COLEMAN** <br> Attorney General <br><br> *s/ John H. Heyburn* <br> Matthew F. Kuhn <br>   *Solicitor General* <br> John H. Heyburn <br>   *Principal Deputy Solicitor General* <br> Jacob M. Abrahamson <br>   *Assistant Solicitor General* <br> Office of Kentucky Attorney General <br> 700 Capital Avenue, Suite 118 <br> Frankfort, Kentucky 40601 <br> (502) 696-5300 <br> Matt.Kuhn@ky.gov <br> Jack.Heyburn@ky.gov <br> Jacob.Abrahamson@ky.gov <br><br> *Counsel for the Commonwealth of Kentucky* | **MARTY J. JACKLEY** <br> Attorney General <br><br> *s/ Karla L. Engle* <br> Karla L. Engle <br>   *Special Assistant Attorney General* <br> South Dakota Department of Transportation <br> 700 East Broadway Ave. <br> Pierre, South Dakota 57501 <br> (605) 773-4396 <br> Karla.Engle@state.sd.us <br><br> *Counsel for State of South Dakota* |

<div style="display: flex;">
<div style="width: 50%;">

**STEVE MARSHALL**
  Attorney General

*s/ Edmund G. LaCour, Jr.*
Edmund G. LaCour, Jr.
  *Solicitor General*
Office of the Attorney General
State of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
(334) 242-7300
Edmund.LaCour@AlabamaAG.gov

*Counsel for State of Alabama*


**TIM GRIFFIN**
  Attorney General

*s/ Dylan L. Jacobs*
Dylan L. Jacobs
  *Deputy Solicitor General*
Office of the Arkansas Attorney General
323 Center St., Suite 200
Little Rock, Arkansas 72201
(501) 682-2007
Dylan.Jacobs@ArkansasAG.gov

*Counsel for State of Arkansas*

</div>
<div style="width: 50%;">

**TREG TAYLOR**
  Attorney General

*s/ Sean Lynch*
Sean Lynch
  *Chief Assistant Attorney General*
Alaska Department of Law
P.O. Box 110300
Juneau, Alaska 99811-0300
(907) 465-3600
sean.lynch@alaska.gov

*Counsel for State of Alaska*


**JOHN M. GUARD**
  Acting Attorney General

*s/ Allen L. Huang*
Jeffrey P. DeSousa
  *Acting Solicitor General*
Allen L. Huang
  *Deputy Solicitor General*
Office of the Florida Attorney General
PL-01 the Capitol
Tallahassee, Florida 32399
(850) 414-3300
allen.huang@myfloridalegal.com

*Counsel for State of Florida*

</div>
</div>

<div style="column-count:2">

**RAÚL R. LABRADOR**
  Attorney General

*s/ Alan Hurst*
Alan Hurst
  *Solicitor General*
Office of the Idaho Attorney General
P.O. Box 83720
Boise, Idaho 83720
(208) 334-2400
Alan.Hurst@ag.idaho.gov

*Counsel for State of Idaho*

**BRENNA BIRD**
  Attorney General

*s/ Eric H. Wessan*
Eric H. Wessan
  *Solicitor General*
Office of the Iowa Attorney General
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 823-9117
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov

*Counsel for State of Iowa*

**THEODORE E. ROKITA**
  Attorney General

*s/ James A. Barta*
James A. Barta
  *Solicitor General*
Indiana Attorney General's Office
IGCS – 5th Floor
302 W. Washington St.
Indianapolis, IN 46204
(317) 232-0709
James.Barta@atg.in.gov

*Counsel for State of Indiana*

**KRIS W. KOBACH**
  Attorney General

*s/ Abhishek S. Kambli*
Abhishek S. Kambli
  *Deputy Attorney General*
Office of Kansas Attorney General
120 S.W. 10th Ave., 2nd Floor
Topeka, Kansas 66612
(785) 296-6109
Abhishek.kambli@ag.ks.gov

*Counsel for State of Kansas*

</div>

**LYNN FITCH**
  Attorney General

*s/ Justin L. Matheny*
Justin L. Matheny
  *Deputy Solicitor General*
Mississippi Attorney General's Office
P.O. Box 220
Jackson, Mississippi 39205
601-359-3680
Justin.Matheny@ago.ms.gov

*Counsel for State of Mississippi*


**MICHAEL T. HILGERS**
  Attorney General

*s/ Zachary B. Pohlman*
Zachary B. Pohlman
  *Assistant Solicitor General*
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, Nebraska 68509
(402) 471-2682
zachary.pohlman@nebraska.gov

*Counsel for State of Nebraska*


**AUSTIN KNUDSEN**
  Attorney General

*s/ Christian B. Corrigan*
Christian B. Corrigan
  *Solicitor General*
Montana Department of Justice
215 North Sanders
P.O. Box 201401
Helena, Montana 59620-1401
(406) 444-2026
christian.corrigan@mt.gov

*Counsel for State of Montana*


**DREW H. WRIGLEY**
  Attorney General

*s/ Philip Axt*
Philip Axt
  *Solicitor General*
North Dakota Attorney General's Office
600 E Boulevard Avenue, Dept. 125
Bismarck, North Dakota 58505
(701) 328-2210
pjaxt@nd.gov

*Counsel for State of North Dakota*

**DAVE YOST**
  Attorney General

*s/ T. Elliot Gaiser*
T. Elliot Gaiser
  *Solicitor General*
Mathura J. Sridharan
  *Deputy Solicitor General*
Office of the Ohio Attorney General
30 East Broad Street, 17th Floor
Columbus, Ohio 43215
(614) 466-8980
thomas.gaiser@ohioago.gov
mathura.sridharan@ohio.gov

*Counsel for the State of Ohio*


**ALAN WILSON**
  Attorney General

*s/ J. Emory Smith, Jr.*
J. Emory Smith, JR.
  *Deputy Solicitor General*
Office of the South Carolina Attorney General
P.O. Box 11549
Columbia, South Carolina 29211
(803) 734-3642
esmith@scag.gov

*Counsel for State of South Carolina*


**GENTNER DRUMMOND**
  Attorney General

*s/ Garry M. Gaskins, II*
Garry M. Gaskins, II
  *Solicitor General*
Jennifer L. Lewis
Office of Oklahoma Attorney General
313 NE 21st Street
Oklahoma City, Oklahoma 73105
(405) 521-3921
Garry.Gaskins@oag.ok.gov
Jennifer.Lewis@oag.ok.gov

*Counsel for State of Oklahoma*


**SEAN D. REYES**
  Attorney General

*s/ Stanford E. Purser*
Stanford E. Purser
  *Solicitor General*
Utah Office of the Attorney General
350 N. State Street, Suite 230
Salt Lake City, Utah 84114
(801) 538-9600
spurser@agutah.gov

*Counsel for State of Utah*

**JASON S. MIYARES**
  Attorney General

*s/ Kevin M. Gallagher*
Kevin M. Gallagher
  *Principal Deputy Solicitor General*
Virginia Attorney General's Office
202 North 9th Street
Richmond, Virginia 23219
(804) 786-2071
kgallagher@oag.state.va.us

*Counsel for Commonwealth of Virginia*


**BRIDGET HILL**
  Attorney General

*s/ Ryan Schelhaas*
Ryan Schelhaas
  *Chief Deputy Attorney General*
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, Wyoming 82009
ryan.schelhaas@wyo.gov

*Counsel for State of Wyoming*

**PATRICK MORRISEY**
  Attorney General

*s/ Michael R. Williams*
Michael R. Williams
  *Solicitor General*
Office of the West Virginia Attorney General
State Capitol, Bldg 1, Room E-26
Charleston, West Virginia 25305
(681) 313-4550
Michael.R.Williams@wvago.gov

*Counsel for the State of West Virginia*

## CERTIFICATE OF COMPLIANCE

I certify that this response complies with the type-volume limitation in Fed. R. App. P. 27(d)(2)(A) because it contains 561 words, excluding the parts exempted by Fed. R. App. P. 32(f).

This response complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in 14-point Garamond font using Microsoft Word.

<div style="text-align: right;"><em>s/ John H. Heyburn</em></div>

**CERTIFICATE OF SERVICE**

I certify that on January 28, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit using the CM/ECF system. I also certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

<div align="right">

*s/ John H. Heyburn*

</div>