IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| COMMONWEALTH OF KENTUCKY, *et al.*,<br><br>*Plaintiffs-Appellees*,<br><br>v.<br><br>FEDERAL HIGHWAY ADMINISTRATION, *et al.*,<br><br>*Defendants-Appellants*. | No. 24-5532 |

**REPLY IN SUPPORT OF MOTION TO POSTPONE
ORAL ARGUMENT AND HOLD APPEAL IN ABEYANCE**

The government respectfully reiterates its request that this Court postpone the oral argument currently scheduled for February 5. As plaintiffs-appellees properly acknowledge (Opp. 1-3), the agencies are under new leadership and have not yet had an adequate opportunity to decide whether or to what extent they wish to proceed with this litigation. That process requires reasonable time to effectuate. Were the agencies to recommend voluntary dismissal of this appeal, for example, that would require consideration by and approval of the Solicitor General. *See* 28 C.F.R. § 0.163. Until the uncertainties about the government's position can be resolved, oral argument is unlikely to be productive. Neither plaintiffs nor any other regulated parties

would be prejudiced by a short delay, because the final rule that plaintiffs challenge has been vacated and is not currently in force.

For these same reasons, in the parallel Fifth Circuit appeal, that Court has granted the government's motion to postpone the oral argument previously scheduled for February 24, 2025. *See* Order, *Texas v. U.S. Department of Transportation*, No. 24-10470 (5th Cir. Jan. 27, 2025). The government respectfully submits that the same course is warranted here, which would conserve the resources of both the Court and the parties.

For the foregoing reasons and those stated in our motion, the government requests that the February 5 oral argument be postponed and that this appeal be held in abeyance pending further consideration by new agency leadership, with a status report due in no later than 60 days.

Respectfully submitted,

MICHAEL S. RAAB
 /s/ Jeffrey E. Sandberg
JEFFREY E. SANDBERG
(202) 532-4453
   Attorneys, Appellate Staff
   Civil Division
   U.S. Department of Justice
   950 Pennsylvania Ave. NW
   Room 7214
   Washington, DC 20530

*Counsel for Defendants-Appellants*

JANUARY 2025

## CERTIFICATE OF COMPLIANCE

I certify that this reply complies with the word limit of Fed. R. App. P. 27(d)(2)(C) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), it contains 263 words.

                                                                      */s/ Jeffrey E. Sandberg*
                                                                       Jeffrey E. Sandberg
                                                                       *Counsel for Defendants-Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2025, I electronically filed the foregoing reply with the Clerk of Court by using the appellate CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

                                                                     */s/ Jeffrey E. Sandberg*
                                                                       Jeffrey E. Sandberg
                                                                       *Counsel for Defendants-Appellants*