Case No. 24-5532

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

COMMONWEALTH OF KENTUCKY; STATE OF SOUTH DAKOTA; STATE OF ALABAMA; STATE OF ALASKA; STATE OF FLORIDA; STATE OF IDAHO; STATE OF INDIANA; STATE OF IOWA; STATE OF KANSAS; STATE OF MISSISSIPPI; STATE OF MONTANA; STATE OF NEBRASKA; STATE OF NORTH DAKOTA; STATE OF OHIO; STATE OF OKLAHOMA; STATE OF UTAH; STATE OF SOUTH CAROLINA; COMMONWEALTH OF VIRGINIA; STATE OF WEST VIRGINIA; STATE OF WYOMING; STATE OF ARKANSAS

        Plaintiffs - Appellees

v.

FEDERAL HIGHWAY ADMINISTRATION; SHAILEN BHATT, in his official capacity at Administrator of the Federal Highway Administration; UNITED STATES DEPARTMENT OF TRANSPORTATION; PETER PAUL MONTGOMERY BUTTIGIEG, in his official capacity as Secretary of Transportation; JOSEPH R. BIDEN, in his official capacity as President of the United States

        Defendants - Appellants

   Upon consideration of the Appellants motion continue oral argument currently scheduled for February 5, 2025, and to hold this appeal in abeyance,

   It is **ORDERED** that the motion is **DENIED**.

**ENTERED BY ORDER OF THE COURT**
Kelly L. Stephens, Clerk

Issued: January 28, 2025