Case No. 24-5532

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

COMMONWEALTH OF KENTUCKY; STATE OF SOUTH DAKOTA; STATE OF ALABAMA; STATE OF ALASKA; STATE OF FLORIDA; STATE OF IDAHO; STATE OF INDIANA; STATE OF IOWA; STATE OF KANSAS; STATE OF MISSISSIPPI; STATE OF MONTANA; STATE OF NEBRASKA; STATE OF NORTH DAKOTA; STATE OF OHIO; STATE OF OKLAHOMA; STATE OF UTAH; STATE OF SOUTH CAROLINA; COMMONWEALTH OF VIRGINIA; STATE OF WEST VIRGINIA; STATE OF WYOMING; STATE OF ARKANSAS

   Plaintiffs - Appellees

v.

FEDERAL HIGHWAY ADMINISTRATION; SHAILEN BHATT, in his official capacity at Administrator of the Federal Highway Administration; UNITED STATES DEPARTMENT OF TRANSPORTATION; PETER PAUL MONTGOMERY BUTTIGIEG, in his official capacity as Secretary of Transportation; JOSEPH R. BIDEN, in his official capacity as President of the United States

   Defendants - Appellants

  IN VIEW OF Appellants' motion for voluntary dismissal of the appeal,

  IT IS ORDERED that the States respond to the motion no later than 12:00 p.m. on Monday, February 3, 2025.

        **ENTERED BY ORDER OF THE COURT**
        Kelly L. Stephens, Clerk

Issued: January 31, 2025