UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: January 31, 2025

Mr. Jacob M. Abrahamson
Office of the Attorney General
of Kentucky
700 Capitol Avenue
Suite 118
Frankfort, KY 40601

Mr. Philip Axt
Office of the Attorney General
of North Dakota
600 E. Boulevard Avenue
Department 125
Bismarck, ND 58505

Mr. John Zachary Balasko
Steptoe & Johnson
1250 Edwin Miller Boulevard
Suite 300
Martinsburg, WV 25404

Mr. James A. Barta
Office of the Attorney General
of Indiana
302 Washington Street
Indiana Government Center South 5th Floor
Indianapolis, IN 46204

Mr. Michael B. Buschbacher
Boyden Gray
800 Connecticut Avenue, N.W.
Suite 900
Washington, DC 20006

Mr. James R. Conde
Boyden Gray
800 Connecticut Avenue, N.W.
Suite 900
Washington, DC 20006

Mr. Nicholas A. Cordova
Boyden Gray
800 Connecticut Avenue, N.W.
Suite 900
Washington, DC 20006

Mr. Christian Brian Corrigan
Office of the Attorney General
of Montana
P.O. Box 201401
215 North Sanders
Helena
Helena, MT 59620-1401

Mr. Jonathan Robert Ellis
Steptoe & Johnson
707 Virginia Street, E., 17th Floor
Charleston, WV 25301

Ms. Karla Liz Engle
South Dakota Department of Transportation
700 E. Broadway Avenue
Pierre, SD 57501

Mr. Thomas Elliot Gaiser
Office of the Attorney General of Ohio
30 E. Broad Street
17th Floor
Columbus, OH 43215

Mr. Kevin Michael Gallagher
Office of the Attorney General
for the Commonwealth of Virginia
202 N. Ninth Street
Richmond, VA 23219

Mr. Garry M. Gaskins II
Office of the Attorney General of Oklahoma
313 N.E. 21st Street
Oklahoma City, OK 73105

Mr. John Hail Heyburn
Office of the Attorney General
of Kentucky
700 Capital Avenue
Suite 118
Frankfort, KY 40601

Mr. Allen Huang
Office of Attorney General
of Florida Solicitor General
3507 E. Frontage Road
Suite 200
Tampa, FL 33607

Mr. Alan M. Hurst
Idaho Office of the Attorney General
Office of the Solicitor General
P.O. Box 83720
Boise, ID 83720-0010

Mr. Dylan L. Jacobs
Office of the Attorney General
of Arkansas
323 Center Street
Suite 200
Little Rock, AR 72201-2610

Mr. Abhishek S. Kambli
Office of the Attorney General
of Kansas
120 S.W. Tenth Avenue
Second Floor
2nd Floor
Topeka, KS 66612-1597

Mr. Dallas F. Kratzer III
Steptoe & Johnson
41 S. High Street
Suite 2200
Columbus, OH 43215

Mr. Matthew Franklin Kuhn
Office of the Attorney General of Kentucky
700 Capital Avenue, Suite 118
Frankfort, KY 40601

Mr. Edmund Gerard LaCour Jr.
Office of the Attorney General of Alabama
P.O. Box 300152
Montgomery, AL 36130-0152

Ms. Jennifer L. Lewis
Office of the Attorney General of Oklahoma
313 N.E. 21st Street
Oklahoma City, OK 73105

Mr. Sean Lynch
Office of the Attorney General of Alaska
P.O. Box 110300
Juneau, AK 99811

Mr. Justin Lee Matheny
Office of the Attorney General of Mississippi
P.O. Box 220
Jackson, MS 39205-0220

Mr. Zachary Brent Pohlman
Office of the Attorney General of Nebraska
2115 State Capitol
Lincoln, NE 68509

Mr. Stanford Edward Purser
Office of the Utah Attorney General
P.O. Box 140858
Salt Lake City, UT 84114

Mr. Jeffrey Eric Sandberg
U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Ryan T. Schelhaas
Office of the Attorney General of Wyoming
109 State Capitol
Cheyenne, WY 82002

Mr. John A. Sheehan
1455 Pennsylvania Avenue, N.W., Suite 400
Washington, DC 20004

Ms. Madison Faith Shuler
Steptoe & Johnson
825 Third Avenue, Suite 400
Huntington, WV 25701

Mr. James Emory Smith Jr.
Office of the Attorney General of South Carolina
P.O. Box 11549
Columbia, SC 29211

Ms. Mathura Jaya Sridharan
Office of the Attorney General of Ohio
30 E. Broad Street, 17th Floor
Columbus, OH 43215

Mr. Eric H. Wessan
Office of the Attorney General of Iowa
1305 E. Walnut Street, Second Floor
Des Moines, IA 50319

Mr. Michael Ray Williams
Office of the Attorney General of West Virginia
1900 Kanawha Boulevard, E.
Building 1, Room 26E
Charleston, WV 25305

        Re: Case No. 24-5532, *KY, et al v. FHWA, et al*
           Originating Case No. : 5:23-cv-00162

Dear Counsel,

 The Court issued the enclosed order today in this case.

                Sincerely yours,

                s/Cathryn Lovely
                Opinions Deputy


Enclosure