IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

COMMONWEALTH OF KENTUCKY, *et al.*,

    *Plaintiffs-Appellees*,

v.

FEDERAL HIGHWAY ADMINISTRATION, *et al.*,

    *Defendants-Appellants*.

No. 24-5532

**REPLY IN SUPPORT OF UNOPPOSED
MOTION FOR VOLUNTARY DISMISSAL OF APPEAL**

Defendants-appellants Federal Highway Administration *et al.* respectfully file this reply in support of their request for dismissal of the above-captioned appeal with prejudice. *Cf.* Fed. R. App. P. 42(b)(2).

This case no longer presents a live controversy. The district court entered party-specific declaratory relief in favor of plaintiffs-appellees; the federal government no longer wishes to contest that relief; and plaintiffs' interests are fully served by the existing judgment in their favor. As plaintiffs' non-opposition to our motion confirms, the appropriate course at this juncture is to issue an order dismissing the appeal. *See, e.g.*, *United States v. Cornell*, No. 24-3882, 2024 WL 5316654 (6th Cir. 2024) (granting government's motion for voluntary dismissal); *DV Diamond Club of Flint, LLC v. U.S. Small Bus. Admin.*, No. 20-1437, 2023 WL 10406367, (6th Cir. 2023) (same); *Poffenbarger v.*

*Kendall*, No. 22-3413, 2022 WL 3029325 (6th Cir. 2022) (same); *Findling v. United States*, No. 18-1966, 2018 WL 9489447 (6th Cir. 2018) (same).

Plaintiffs suggest the possibility of this Court nonetheless proceeding to offer its opinion on the merits of the parties' original dispute. Such a course of action would be extraordinary and unwarranted. In support of this suggestion, plaintiffs cite only *United States v. Brenner*, 3 F.4th 305 (6th Cir. 2021). But in granting voluntary dismissal of that criminal appeal, this Court simply observed that the question originally presented had since been resolved by an intervening, "squarely govern[ing]" Supreme Court decision. *Id.* at 306.

That is not true here. Nor does this case involve any of the other highly unusual circumstances in which a motion for voluntary dismissal might properly be denied (typically involving substantial prejudice to the appellee or other parties). *See generally* Wright & Miller et al., *Federal Practice & Procedure* § 3988 (5th ed.). This Court should instead follow its normal course of granting voluntary dismissal, without offering any advisory opinion. *See, e.g.*, *id.* (noting "the problems that would arise if a court were to refuse to dismiss an appeal that the appellant no longer wished to maintain" in light of "the premises behind the adversary system—and the Article III requirement of a case or controversy"); *United States v. Nagarwala*, No. 19-1015, 2019 WL

7425389, at *1 (6th Cir. Sept. 13, 2019) ("We generally grant motions to voluntarily dismiss unless it would be unjust or unfair to do so.").

                Respectfully submitted,

                MICHAEL S. RAAB
                /s/ *Jeffrey E. Sandberg*
                JEFFREY E. SANDBERG
                (202) 532-4453
                   Attorneys, Appellate Staff
                   Civil Division
                   U.S. Department of Justice
                   950 Pennsylvania Ave. NW
                   Room 7214
                   Washington, DC 20530

                *Counsel for Defendants-Appellants*

JANUARY 2025

## CERTIFICATE OF COMPLIANCE

I certify that this reply complies with the word limit of Fed. R. App. P. 27(d)(2)(C) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), it contains 401 words.

                                          */s/ Jeffrey E. Sandberg*
                                          Jeffrey E. Sandberg
                                          *Counsel for Defendants-Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2025, I electronically filed the foregoing reply with the Clerk of Court by using the appellate CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

                                          */s/ Jeffrey E. Sandberg*
                                          Jeffrey E. Sandberg
                                          *Counsel for Defendants-Appellants*