NOT RECOMMENDED FOR PUBLICATION

No. 24-5532

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

FILED
Feb 3, 2025
KELLY L. STEPHENS, Clerk

| | |
|---|---|
| COMMONWEALTH OF KENTUCKY, et al., | |
| Plaintiffs-Appellees, | |
| v. | ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF KENTUCKY |
| FEDERAL HIGHWAY ADMINISTRATION, et al., | |
| Defendants-Appellants. | |

BEFORE:   BATCHELDER, BUSH, and BLOOMEKATZ, Circuit Judges.

**PER CURIAM**.  The Federal Highway Administration moves to dismiss this appeal with prejudice under Federal Rule of Appellate Procedure 42(b).  That rule allows an appealing party to dismiss its appeal voluntarily if doing so would not create "injustice or unfairness."  *United States v. Brenner*, 3 F.4th 305, 306 (6th Cir. 2021).  Citing that standard, the States do not oppose the Federal Highway Administration's motion to dismiss and maintain that dismissal here would not create any "injustice or unfairness" because they opine that "the appeal altogether lacks merit."  Of course, whether this appeal had any merit is precisely the question that this Court would have decided.  But be that as it may, if the States no longer wish to pursue their argument that the Federal Highway Administration lacked the authority to issue the challenged regulation, we will not compel them to do so.

No. 24-5532
*Kentucky v. Federal Highway Administration*

      We therefore **GRANT** the Federal Highway Administration's motion to dismiss this appeal with prejudice.  The parties shall bear their own costs.

                                ENTERED BY ORDER OF THE COURT

                                Kelly L. Stephens, Clerk